UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarence Edward Harris,<br><br>            Plaintiff,<br><br>    v.<br><br>Butte County Superior Court,<br><br>            Defendant. | No. 2:24-cv-00345-KJM-CSK<br><br>ORDER |

Plaintiff Clarence E. Harris requests a stay in order to exhaust claims "depicted in the federal habeas petition submitted for review." *See* Mot., ECF No. 7. However, plaintiff's complaint in this case is a civil rights claim, and plaintiff has not filed a habeas petition in this case. *See* Compl., ECF No. 1. Furthermore, the court dismissed this action with prejudice, judgment has been entered and the case is now closed. *See* Judgment, ECF No. 6; Order, ECF No. 5. Because the court is unable to grant plaintiff the relief he requests, the court denies the request as **moot**.

This order resolves ECF No. 7.

IT IS SO ORDERED.

DATED: August 5, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1